IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

NORMA P.,

     Plaintiff,

  vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

     Defendant.

Case No. 3:25-cv-225

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION FOR REMAND (Doc. No. 11); (2) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; (3) ORDERING THE ENTRY OF FINAL JUDGMENT IN PLAINTIFF'S FAVOR; AND (4) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

This Social Security disability benefits appeal is before the Court on the parties' joint motion to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g). Doc. No. 11. Upon careful review of the record, and based on the parties' agreement regarding the need for a remand of this matter, *see id.*, the Court concludes that a remand is warranted because of deficits in the Administrative Law Judge's evaluation of Dr. Brooks's medical opinions under 20 C.F.R. § 404.1527. The Court concludes that the requirements of a Sentence Four remand have been satisfied and, consequently, (1) **GRANTS** the parties' joint motion for remand; (2) **REVERSES** the ALJ's decision; and (3) **REMANDS** this case to the Commissioner under Sentence Four of 42 U.S.C. § 405(g) for proceedings consistent with the parties' Joint Motion and this Order. Upon remand, the Appeals Council will vacate all findings in the ALJ's decision. The ALJ will evaluate Dr. Brooks's medical

opinions as 20 C.F.R. § 404.1527 mandates; develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act; hold a new hearing; and issue a new decision.  The Clerk of Court is **ORDERED** to enter final judgment in Plaintiff's favor.

This case is **TERMINATED** on the docket.

**IT IS SO ORDERED.**

March 24, 2026                                     s/*Michael J. Newman*
                                                    Hon. Michael J. Newman
                                                    United States District Judge